# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 18-26792MP |
| | Citizenship: GUATEMALA |
| Francisco Acte | |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about May 12, 2018, at or near Lukeville, Arizona, in the District of Arizona, Francisco ACTE, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a)(1), a petty misdemeanor.

   On or about May 13, 2018, agents found Francisco ACTE in the United States of America at or near Lukeville, Arizona without the proper immigration documents. Furthermore, Francisco ACTE admitted to illegally entering the United States of America from Mexico on or about May 12, 2018, at or near Lukeville, Arizona at a time and place other than designated by immigration officials.

File Date: 05/15/2018

at Tucson, Arizona

John OConnor, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/15/2018

**Lynnette C. Kimmins**
**United States Magistrate Judge**

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - TUCSON | |

Date: 05/15/2018          Case Number: 18-26792MP

USA vs. Francisco Acte

U.S. MAGISTRATE JUDGE: LYNNETTE C. KIMMINS     Judge AO Code: 70CE
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Hortensia Studer, Spanish
Attorney for Defendant: Gregory Berger (FPD)

PROCEEDINGS: [X] STATUS HEARING/ATTORNEY APPOINTMENT HEARING
DEFENDANT: [X] PRESENT [X] CUSTODY (restraint level 0)

[X] Defendant states true name to be Same
[X] Petty Offense     [X] Date of Arrest: 05/13/2018

OTHER: Status/Attorney Appointment Hearing held. Gregory Berger (FPD) is appointed as attorney of record for defendant. Upon Oral Motion of the Government to Dismiss the Complaint, IT IS ORDERED, Governments Motion to Dismiss is GRANTED and the Complaint is DISMISSED Without Prejudice.

Recorded by Courtsmart      Status Hrg: 1
BY: Cindy Stewart           Atty Appt: 0
        Deputy Clerk
Start: 1:32 pm Stop: 3:55 pm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) 18-26792MP |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| Francisco Acte, | ) |
| Defendant. | ) |

The United States has orally moved to dismiss the Complaint against the defendant, Francisco Acte. IT IS ORDERED that this motion is GRANTED and the Complaint is DISMISSED Without Prejudice.

DATED: Tuesday, May 15, 2018.

*Lynnette C. Kimmins*

Lynnette C. Kimmins
United States Magistrate Judge

Arresting Agency: TCA